IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RELAUN V. DEADMON,

      Plaintiff,                        No. CIV S-07-1010 RRB GGH P

    vs.

N. GRANNIS, et al.,

      Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kings County,[1] which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

---

[1] On the face of it, all but one defendant, N. Grannis, is employed/resides in Kings County, and Grannis appears to be only a nominal defendant.

1

1  request to proceed in forma pauperis.

2        Good cause appearing, IT IS HEREBY ORDERED that:

3        1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

4        2. This action is transferred to the United States District Court for the Eastern

5  District of California sitting in Fresno; and

6        3. All future filings shall reference the new Fresno case number assigned and

7  shall be filed at:

8        United States District Court
         Eastern District of California
9        2500 Tulare Street
         Fresno, CA 93721
10

11 DATED: 6/27/07

                                          /s/ Gregory G. Hollows
12        _____
                                          UNITED STATES MAGISTRATE JUDGE
13

14
   GGH:009
15 dead1010.22

2