IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELAUN V. DEADMON,            )<br>                                                    )<br>            Plaintiff,             )<br>     vs.                                        )<br>                                                    )<br>N. GRANNIS, et al.,                 )<br>                                                    )<br>            Defendants.         )<br>                                                    )<br>_____ ) | 1:07-CV-0927 AWI SMS PC<br><br>SECOND ORDER TO SUBMIT NEW **SIGNED** APPLICATION TO PROCEED IN FORMA PAUPERIS AND **OR** PAY FILING FEE |

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 23, 2007,  the court ordered plaintiff to submit a new application to proceed in forma pauperis as the form submitted did not contained plaintiff's required original signature, **or** pay the $350.00 filing fee.

        On July 27, 2007,  plaintiff submitted another  application to proceed in forma pauperis.  However, again plaintiff's application to proceed in forma pauperis did not include the required original **signature** by plaintiff on page 2. Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 7-131; F.R.C.P. 11 (a). Plaintiff will be provided the opportunity to submit a new application which includes his original

signature, **or** pay the $350.00 filing fee.

      Accordingly, IT IS HEREBY ORDERED that:

          1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

          2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis which includes plaintiff's **original signature,** or in the alternative, pay the $350.00 filing fee. Plaintiff is not required to re-submit a certified copy of his prison trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   September 13, 2007**          /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE