1
2
3
4
5
6
7       **IN THE UNITED STATES DISTRICT COURT FOR THE**
8              **EASTERN DISTRICT OF CALIFORNIA**
9

10   RELAUN V. DEADMON,               )       NO. 1:07-CV-00927-AWI-SMS (PC)
                                      )
11              Plaintiff,            )       SUBSTITUTION OF ATTORNEY
                                      )
12        v.                          )
                                      )
13   N. GRANNIS, M. HODGES-WILKINS,   )
     W. MCGUINNESS, and L. SCHULTZ,   )
14                                    )
                Defendants.           )
15   ─────────────────────────────────)

16

17        Pursuant to the stipulation filed on August 13, 2009, Plaintiff Deadmon hereby

18   substitutes Peter M. Adams, Esq., in place of himself, Relaun Deadmon, *pro se*, as attorney of

19   record in the above-entitled action.

20

21   IT IS SO ORDERED.

22   **Dated:    August 18, 2009**          _____/s/ Anthony W. Ishii_____
                                            CHIEF UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28